UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Miguel Garcia<br>Petitioner | ) | |
| v. | ) | 01-00140-02T |
| UNITED STATES OF AMERICA<br>Respondant | ) | |

**MOTION TO RECONSIDER THE DENIAL OF PETITIONER'S RULE 60 (b) request.**

NOW COMES the petitioner, Miguel Garcia, acting pre-se moves the Honorable Court to reconsider the denial of petitioner's RULE 60 (b) for the following reasons:

1) The Court ruled on petitioner's RULE 60 (b) on **4/1/05**, but the Court failed to send a copy of the Judge's order to the petitioner.

2) Petitioner sent a letter to the Court Clerk asking the status of his case, see exhibit I. The Clerk in return sent petitioner a copy of the docket sheet, attached as exhibit II.

3) Petitioner never received a copy of the Court's denial.
Petitioner is acting as pro-se Counsel, and he should have received a notice of the Judge's denial.

For the foregoing reasons the petitioner is requesting the Court to reverse its decision and **GRANT** the petitioners **RULE 60 (b).**

Date 7/25/05

Respectflly Submitted,

Garcia Miguel

Miguel Garcia

Reg # 05102-070

FCI Ft. DIx

P.O. Box 7000

Fort Dix, N.J. 08640

Exhibit I

Miguel Garcia
Reg # 05102-070
FCI Ft. Dix
P.O. Box 7000
Fort Dix, N.J. 08640

UNITED STATES DISTRICT COURT CLERK

**REFERENCE: # 01-00140-02T Miguel GARCIA V. U.S.**

Dear Sir/Madam

On March **8, 2005**, you received the brief that I sent the Court pertaining to my case.

Please let me know the status of my case and please send me a docket sheet if possible.

Thanking you in advance for your cooperation.

Respectfully Submitted,

Miguel Garcia [signature]

Miguel Garcia

Exhibit II

| | | |
|---|---|---|
| 10/02/2002 | 41 | CJA 20 as to Juan Castillo Mejia Authorization to Pay Thomas Briody, Esq. in amount of $5114.35 for period of 12/31/01-7/31/02 ( Signed by Judge Ernest C. Torres ) (FarrellPletcher, P) (Entered: 10/02/2002) |
| 12/17/2002 | 42 | Judgment Returned Executed as to Juan Castillo Mejia ; on 11/25/02 (Mercurio, A) (Entered: 12/18/2002) |
| 11/01/2004 | 43 | Letter faxed to Attorney Robin Feder requesting the retrieval of exhibits as to Juan Castillo Mejia (Fernandes, D) (Entered: 11/01/2004) |
| 11/01/2004 | 44 | Letter faxed to Attorney Thomas Briody requesting the retrieval of exhibits as to Juan Castillo Mejia (Fernandes, D) (Entered: 11/01/2004) |
| 12/15/2004 | 45 | Letter faxed to Attorney Gerard Sullivan, AUSA requesting the retrieval of exhibits as to Juan Castillo Mejia (Fernandes, D) (Entered: 12/15/2004) |
| 02/08/2005 | 46 | Government's Exhibit receipt (Fernandes, D) (Entered: 02/08/2005) |
| 03/02/2005 | 47 | MOTION by Miguel Garcia to Correct Sentence under F.R.C.P. 60 B (Fernandes, D) (Entered: 03/07/2005) |
| 03/18/2005 | | Motion(s) referred to Judge Torres: [47-1] motion to Correct Sentence under F.R.C.P. 60 B (Jackson, R) (Entered: 03/18/2005) |
| 04/01/2005 | 48 | ORDER as to Miguel Garcia denying [47-1] motion to Correct Sentence under F.R.C.P. 60 B as to Miguel Garcia (2) (Signed by Judge Ernest C. Torres) [mailed to all parties of record] (Jackson, R) (Entered: 04/01/2005) |
| 04/01/2005 | | **Added for USA attorney Kenneth P. Madden (Jackson, R) (Entered: 04/01/2005) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this foregoing instrument has been mailed postage prepaid on this 29th day of July 2005, to the AUSA Henry Kopel At 50 Kennedy Plaza 8th Floor Providence, R.I. 02903 by depositing same in the legal mail box at FCI Ft. Dix New Jersey institution.

Garcia Miguel

Miguel Garcia
Reg # 05102-070
P.O. Box 7000
Fort Dix, N.J. 08640