**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Miguel Garcia<br>Petitioner | ) | |
| v. | ) | 01-00140-02T |
| UNITED STATES OF AMERICA<br>Respondant | ) | |

FILED AUG 0 ... DISTRICT ...

**MOTION TO RECONSIDER THE DENIAL OF PETITIONER'S RULE 60 (b) request.**

NOW COMES the petitioner, Miguel Garcia, acting pre-se moves the Honorable Court to reconsider the denial of petitioner's RULE 60 (b) for the following reasons:

1) The Court ruled on petitioner's RULE 60 (b) on **4/1/05,** but the Court failed to send a copy of the Judge's order to the petitioner.

2) Petitioner sent a letter to the Court Clerk asking the status of his case, see exhibit **I.** The Clerk in return sent petitioner a copy of the docket sheet, attached as exhibit **II.**

DENIED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
9/1/05

3) Petitioner never received a copy of the Court's denial.
Petitioner is acting as pro-se Counsel, and he should have received a notice of the Judge's denial.

For the foregoing reasons the petitioner is requesting the Court to reverse its decision and **GRANT** the petitioners **RULE 60** (b).

Date 7/25/05

Respectflly Submitted,

Garcia Miguel

Miguel Garcia

Reg # 05102-070

FCI Ft. DIx

P.O. Box 7000

Fort Dix, N.J. 08640